UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 05 CR 10024 DPW |
| | ) | |
| v. | ) | VIOLATIONS: |
| | ) | |
| CHARLES MARTIN | ) | |
| JESSICA BUDD | ) | 18 U.S.C. § 1343 (Wire Fraud) |
| | ) | 18 U.S.C. § 1341 (Mail Fraud) |
| | ) | 18 U.S.C. § 2 (Aiding & Abetting) |
| Defendants. | ) | |

### INDICTMENT

The Grand Jury charges that at all times material to this Indictment:

1.  CHARLES MARTIN ("MARTIN") and JESSICA BUDD ("BUDD") lived at 33 Balcomb Street #2 in Salem, Massachusetts.

2.  The internet auction site eBay allows users to place items for sale on its website, and allows other users to purchase these items by place bids in an on-line auction.

3.  The internet auction site eBay is based in California.

### GENERAL ALLEGATIONS

4.  From in or about September 2003 through in or about July 2004, MARTIN and BUDD obtained stolen property, including but not limited to high-end marine electronics.

5.  Having obtained this stolen property, MARTIN and BUDD then offered it for sale over the Internet auction site eBay. At no time, did MARTIN and BUDD reveal to any bidders or purchasers of this stolen property that the property was stolen.

6.  After selling the stolen property on eBay, MARTIN and BUDD shipped the stolen property from Salem, Massachusetts to successful bidders, who lived in other states.

## COUNTS ONE AND TWO
## WIRE FRAUD
## 18 U.S.C. § 1343

THE GRAND JURY FURTHER CHARGES THAT:

7.  Paragraphs 1 through 6 are realleged and incorporated by reference as though fully set forth herein.

8.  On or about the dates set forth below, in the District of Massachusetts and elsewhere, the defendants,

## CHARLES MARTIN and
## JESSICA BUDD,

having devised and intending to devise a scheme and artifice to defraud, and to obtain money and property by means of false and fraudulent pretenses, representations, and promises, did transmit and cause to be transmitted by means of wire communication in interstate and foreign commerce, writings, signs, signals, pictures, and sounds for the purpose of executing such scheme and artifice, as follows:

| COUNT | DATE (on or about) | MATTER WIRED |
|---|---|---|
| One | March 31, 2004 | Posting to eBay in California notice of the auction of Furuno Marine 1731MK3 Radar, serial number 3361-3330 from a computer in Massachusetts |
| Two | April 6, 2004 | Confirmation e-mail of the sale of Furuno Marine 1731MK3 Radar, serial number 3361-3330 from eBay in California to Massachusetts |

All in violation of Title 18, United States Code, Sections 1343 and 2.

## COUNTS THREE AND FOUR
## MAIL FRAUD
## 18 U.S.C. § 1341

THE GRAND JURY FURTHER CHARGES THAT:

9.  Paragraphs 1 through 6 are realleged and incorporated by reference as though fully set forth herein.

10. On or about the dates set forth below, in the District of Massachusetts and elsewhere, the defendants,

## CHARLES MARTIN and
## JESSICA BUDD,

having devised and intending to devise a scheme and artifice to defraud and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises, for the purpose of executing and attempting to do so, did cause persons to place in post offices and authorized depositories for mail matter, matters and things to be sent and delivered by the United States Postal Service or by private or commercial carrier, and caused to be deposited matters and things to be sent or delivered by the United States Postal Service or by a private or commercial interstate carrier, and took and received therefrom such matters and things, and knowingly caused to be delivered by the United States Postal Service mail and by private or commercial carrier according to the directions thereon, such matters and things as set forth below:

| COUNT | DATE (on or about) | MATTER MAILED |
|---|---|---|
| Three | April 6, 2004 | A Furuno Marine 1731MK3 Radar, serial number 3361-3330 from Massachusetts to Pennsylvania |
| Four | May 20, 2004 | A Furuno Marine 1731MK3 Radar, serial number 3361-3330 from Pennsylvania to Massachusetts |

All in violation of Title 18, United States Code, Sections 1341 and 2.

3

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY


_____
Seth P. Berman
Assistant United States Attorney


DISTRICT OF MASSACHUSETTS					February 3, 2005

Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk

12:25pm

4

₰JS 45 (5/97) - (Revised USAO MA 6/29/04)

05 CR 10024 DPW

**Criminal Case Cover Sheet**                                                U.S. District Court - District of Massachusetts

| Place of Offense: _____ | Category No. _II_____ | Investigating Agency _FBI_____ |
|---|---|---|

City _Salem_____          **Related Case Information:**

County _Essex_____       Superseding Ind./ Inf. _____   Case No. _____
                                   Same Defendant _____   New Defendant _____
                                   Magistrate Judge Case Number _____
                                   Search Warrant Case Number _____
                                   R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   _CHARLES MARTIN_____          Juvenile   ☐ Yes   ☒ No

Alias Name   _____

Address   _33 Balcomb Street #2, Salem, Massachusetts_____

Birth date (Year only): _1970_  SSN (last 4 #): _7016_  Sex _M_  Race: _White_____  Nationality: _USA_____

Defense Counsel if known: _____          Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA   _Seth P. Berman_____          Bar Number if applicable  _629332_____

Interpreter:   ☐ Yes  ☒ No          List language and/or dialect: _____

Matter to be SEALED:   ☒ Yes   ☐ No

   ☒ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:     ☐ Complaint     ☐ Information     ☒ Indictment

Total # of Counts:     ☐ Petty ____     ☐ Misdemeanor ____     ☒ Felony  _FOUR_

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: _February 3, 2005_          Signature of AUSA: _____

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant     CHARLES MARTIN

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1343 | Wire Fraud | One and Two |
| Set 2 | 18 U.S.C. § 1341 | Mail Fraud | Three and Four |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

ADDITIONAL INFORMATION:

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**     05 CR 10024 DPW     U.S. District Court - District of Massachusetts

**Place of Offense:** _____     **Category No.** II     **Investigating Agency** FBI

**City** Salem     **Related Case Information:**

**County** Essex
Superseding Ind./ Inf. _____     Case No. _____
Same Defendant _____     New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   JESSICA BUDD     Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address   33 Balcomb Street #2, Salem, Massachusetts

Birth date (Year only): 1977   SSN (last 4 #): 5214   Sex F   Race: White   Nationality: USA

**Defense Counsel if known:** _____     **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA   Seth P. Berman     Bar Number if applicable   629332

Interpreter:  ☐ Yes  ☒ No     List language and/or dialect: _____

Matter to be SEALED:  ☒ Yes  ☐ No

☒ Warrant Requested     ☐ Regular Process     ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____     ☐ Serving Sentence     ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

Charging Document:   ☐ Complaint     ☐ Information     ☒ Indictment

Total # of Counts:   ☐ Petty     ☐ Misdemeanor     ☒ Felony   FOUR

Continue on Page 2 for Entry of U.S.C. Citations

☒     I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: February 3, 2005     Signature of AUSA: _____

✎JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    JESSICA BUDD

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   18 U.S.C. § 1343 | Wire Fraud | One and Two |
| Set 2   18 U.S.C. § 1341 | Mail Fraud | Three and Four |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**