UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 2005 FEB 11  P 12: 25 |
| v. | ) | Criminal No. CR05-10024 DPW |
| | ) | U.S. DISTRICT COURT |
| CHARLES MARTIN and | ) | DISTRICT OF MASS. |
| JESSICA BUDD | ) | |

### GOVERNMENT'S MOTION TO UNSEAL COMPLAINT

The United States of America hereby moves this Court to direct that the Indictment be unsealed in this matter. As grounds therefore, the government states that the persons named in the indictment are in custody. As a result, the public disclosure of the information contained in said document will no longer jeopardize an ongoing criminal investigation.

Dein, M.J.
MOTION ALLOWED
By the Court,
Deputy Clerk 2/11/05

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
Seth P. Berman
Assistant U.S. Attorney

Date: February 11, 2005

