AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

─────────── DISTRICT OF ───────────

UNITED STATES OF AMERICA

V.

CHARLES MARTIN

**WARRANT FOR ARREST**

CASE NUMBER: 05 CR 10024 DPW

To: The United States Marshal
and any Authorized United States Officer

RECEIVED
U.S. MARSHAL SERVICE
BOSTON, MA
2005 FEB -3  P 3: 32

YOU ARE HEREBY COMMANDED to arrest ___CHARLES MARTIN___
                                         Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
wire fraud, to wit, transmitting and causing to be transmitted by means of wire communication in interstate and foreign commerce, writings, signs, signals, pictures, and sounds for the purpose of executing a scheme and artifice to defraud; and
mail fraud, to wit, causing persons to place in post offices and authorized depositories for mail matter, matters and things to be sent and delivered by the United States Postal Service or by private or commercial carrier for the purpose of executing and attempting to execute a scheme or artifice to defraud.

in violation of
Title ___18___  United States Code, Section(s) ___1343, 1341___

___Catherine M. Gawlik___          ___Supervisor___
Name of Issuing Officer              Title of Issuing Officer

___Catherine M. Gawlik___          ___2-3-05 Boston___
Signature of Issuing Officer         Date and Location

Bail fixed at $ _____ by _____
                                               Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____  WARRANT EXECUTED BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 2/11/05 |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.