# UNITED STATES DISTRICT COURT

District of   MASSACHUSETTS

UNITED STATES OF AMERICA
V.

**APPEARANCE BOND**

CHARLES F. MARTIN
　　　　Defendant

Case   CR05-10024 DPW

　　　Non-surety: I, the undersigned defendant acknowledge that I and my . . .
　　　Surety: We, the undersigned, jointly and severally acknowledge that we and our . . .
personal representatives, jointly and severally, are bound to pay to the United States of America the sum of
$ _10,000.00 Unsecured Bond_ , and there has been deposited in the Registry of the Court the sum of
$ _____ in cash or _____ (describe other security.)

　　　The conditions of this bond are that the defendant   CHARLES F. MARTIN
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Name)
is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

　　　It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

　　　If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment, may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

　　　This bond is signed on  2/16/05   a   Courtroom #24, 7th Floor, Boston, MA 02210
　　　　　　　　　　　　　　　　　Date　　　　　　　　　　　　　　　　　Place

Defendant  _[signature]_   Address   60 LEXINGTON STREET, LYNN, MA 01902

Surety  X _[signature]_   Address   11 Kingdom Terr. Peabody Ma 01960

Surety _____ Address _____

Signed and acknowledged before me   2/16/05
　　　　　　　　　　　　　　　　　　Date

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_[signature]_
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Judge/Clerk

Approved _[signature]_

## JUSTIFICATION OF SURETIES

I, the undersigned surety, say that I reside at _____

_____ ; and that my net worth is the sum of

_____ dollars ($ _____ ).

I further state that

_____
Surety

Sworn to before me and subscribed in my presence   _____
Date

at _____ .
Place

_____   _____
Name and Title                                                                 Signature of Judge/Clerk

---

I, the undersigned surety, state that I reside   _____

_____ ; and that my net worth is the sum of

_____ dollars ($ _____ ).

I further state that

_____
Surety

Sworn to before me and subscribed in my presence   _____
Date

at _____ .
Place

_____   _____
Name and Title                                                                 Signature of Judge/Clerk

Justification Approved: _____
Judge