UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

CRIMINAL NO. CR05-10024 (DPW)

v.

CHARLES MARTIN

## MOTION FOR CLARIFICATION OR TO MODIFY DEFENDANT'S TERMS OF RELEASE

The defense requests further clarification concerning the defendant's pre-trial terms of release, specifically the term that requires that he answer to the Florida warrant.

In support of this motion, the defense asserts that the defendant, Charles Martin, has been making efforts to obtain counsel in Florida and has recently retained a Florida attorney who will file a Notice of Appearance on the case in Florida. It is expected that soon the Florida attorney will provide a date certain upon which Mr. Martin will be required to present himself before the Florida court and answer to the charges there.

Counsel is requesting clarification as to whether or not Mr. Martin's efforts satisfies that term of his pre-trial release, or whether or not it is more appropriate to modify said term to allow Mr. Martin to travel to Florida to answer the charges there once he has received a scheduled court date.

                                                Respectfully submitted,
                                                By the Attorney,

                                                _____
                                                James J. Coviello
                                                303 Main Street
                                                Charlestown, MA  02151
                                                Tel: (617)242-6832
                                                Fax: (617) 241-0911
                                                BBO No. 550949

Dated:_____
JJC:TC
Crim,Martin,Charles-MotionClarification

**CERTIFICATE OF SERVICE**

I, James J. Coviello, Esquire hereby certify that on this date, I have served to <u>AUSA Seth Berman and Tom O'Brien at Pre Trial Services</u> the following with regard to <u>U.S.A. v. Charles Martin</u>, Criminal No. 05-1027 (JLA):

    1. Motion for Clarification or to Modify Defendant's Terms of Release.

( )   First Class Mail, Postage Prepaid

( X )  In-Hand Delivery

( )   Facsimile

 

_____
James J. Coviello
303 Main Street
Charlestown, MA   02129
Tel: (617) 242-6832
Fax: (617) 2410911
BBO No. 550949

Dated: 3/16/05

JJC:tc
Crim,Martin,Chas-Cert Service2