UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                                      CRIMINAL NO. 05-1027 (JGD)

CHARLES MARTIN

### MOTION TO SEAL THE DEFENDANT CHARLES MARTIN'S FINANCIAL AFFIDAVIT WITH ACCOMPANYING ADDENDUM

Now comes the defendant, Charles Martin, in the above-referenced matter and respectfully requests that this Court seal the defendant's financial affidavit with accompanying addendum filed herewith.

In support thereof, the defense asserts that the above-referenced documents include sensitive financial information regarding the defendant and his co-defendant spouse.

Respectfully Submitted,
By the Attorney,

_____
James J. Coviello
303 Main Street
Charlestown, MA  02129
Tel: (617) 242-6832
Fax: (617) 241-0911
BBO #550949

Dated: 3/11/05
JJC:tc
Crim-Martin,Charles-MotionSealFinancials

3/15/05 _____, M.J. Allowed