UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

CRIMINAL CASE
NO. 05-10024 DPW

CHARLES MARTIN (1)
JESSICA BUDD (2)
        Defendant

REPORT & ORDER ON
INITIAL STATUS CONFERENCE

ALEXANDER, U.S.M.J.

      On April 1, 2005 and April 5, 2005, the parties appeared before this Court for an Initial Status Conference as to defendants Martin and Budd, respectively. With regard to the following issues, the parties have represented that:

1. There are no unusual or complex issues presented requiring an early joint conference of the District Judge or the Magistrate Judge with the attorneys;

2. There are no features of the case that may deserve special attention or modification of the standard schedule;

3. Supplemental discovery from the state investigation is anticipated;

4. There is discovery concerning any expert witnesses pursuant to Fed. R. Crim. P. 16 (a)(1)(E) & 16(b)(1)(C);

5. The applicable periods of excludable delay under the Speedy Trial Act include: February 11, 2005, through March 11, 2005 (28 days) with respect to Jessica Budd, February 11, 2005, through February 16, 2005 (5 days) and February 16, 2005, through March 16, 2005 (28 days) with respect to Charles Martin, for a total of thirty-three (33) days as to both defendants. The time period from March 16, 2005, through May 12, 2005, has not yet been excluded by written motion of the parties. The Parties made oral motion to exclude the time until the next status conference. The government will file a joint motion for the applicable periods of excludable delay. The parties have stated that the total amount of time to proceed to trial is seventy (70) days as of April 5, 2005;

6. Trial is uncertain at this time;

7.  There are no other matters.

    IT IS HEREBY ORDERED THAT

A motion date pursuant to Fed. R. Crim. P. 12 (c) will be established at next conference.  An **Interim Status Conference** is scheduled at **2:30 p.m.** on **May 12, 2005,** in Courtroom 24, 7th floor.

        HONORABLE JOYCE LONDON ALEXANDER
        U.S. MAGISTRATE JUDGE

        By the Court:

<u>April 26, 2005</u>        <u>/S/ Rex Brown</u>
Date        Courtroom Clerk
        (617) 748-9238