UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>v. )<br>)<br>**CHARLES MARTIN and** )<br>**JESSICA BUDD** ) | Criminal No. 05-10024-DPW |

**JOINT STATUS REPORT**
**CONCERNING LOCAL RULE 116.5(C)**

The parties respectfully submit this joint status report concerning the issues raised by Local Rule 116.5(C) regarding the June 16, 2005 final status conference in this case:

1. The government will shortly be providing additional discovery, including several videotapes, and computer data related to this case. Other than that, there is no outstanding discovery issues other than those that need to be provided by the government 21 days or fewer before trial.

2. The parties do not anticipate any other discovery relating to the future receipt of information, documents or reports of examinations.

3. The defendants do not intend to raise a defense of insanity or public authority.

4. The government has not requested notice of alibi from the defendants.

5. The defendants intend to file dispositive motions prior to trial in this matter.

6. The parties have not yet determined whether this case will be resolved through a change of plea.

7. The parties request that the Court exclude the period from the June 16, 2005 status conference through the date next scheduled in this matter under 18 U.S.C. § 3161(h)(1)(F).

8. The government will need approximately five trial days to present its case in chief

should this matter proceed to trial.

Respectfully Submitted,

| | |
|---|---|
| CHARLES MARTIN | JESSICA BUDD |
| By His Attorney | By Her Attorney |
| | |
| /s/ James J. Coviello (by SPB) | /s/ John F. Palmer (by SPB) |
| JAMES J. COVIELLO | JOHN F. PALMER |
| (617) 242-6832 | (617) 723-7010 |

MICHAEL J. SULLIVAN
United States Attorney
By:

/s/ Seth P. Berman (by SPB)
SETH P. BERMAN
Assistant U.S. Attorney
(617) 748-3385

June 17, 2005