UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** ) | ) | |
| v. | ) | Criminal No. 05-10024-DPW |
| | ) | |
| **CHARLES MARTIN and** | ) | |
| **JESSICA BUDD** | ) | |

## JOINT MOTION TO EXCLUDE TIME

The United States, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Seth P. Berman, and the defendants, by and through their attorneys James J. Coviello and John F. Palmer move, pursuant to 18 U.S.C. §3161 (h)(8)(A) to exclude the period of time commencing on February 16, 2005 and ending on July 29, 2005. As grounds therefor, the parties states that this time is needed for the parties to exchange discovery, file motions, and negotiate a possible plea.

WHEREFORE, the parties respectfully request that under 18 U.S.C. §3161(h)(8)(A) and §5(c)(1)(A) of Plan for Prompt Disposition of Criminal Cases of this Court, that this Court find, based on the above, that the ends of justice served by granting the requested exclusion outweigh the best interest of the public and the defendant in a speedy trial, and, accordingly, grant the exclude the above period in computing the time within which trial must commence under 18 U.S.C. §3161.

Respectfully Submitted,

| | |
|---|---|
| CHARLES MARTIN<br>By His Attorney | JESSICA BUDD<br>By Her Attorney |
| /s/ James J. Coviello (by SPB)<br>JAMES J. COVIELLO<br>(617) 242-6832 | /s/ John F. Palmer (by SPB)<br>JOHN F. PALMER<br>(617) 723-7010 |

MICHAEL J. SULLIVAN
United States Attorney
By:

/s/ Seth P. Berman (by SPB)
SETH P. BERMAN
Assistant U.S. Attorney
(617) 748-3385

June 21, 2005