UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA )**
                                        **)**
**v.**                              **)**          **Criminal No. 05-10024-DPW**
                                        **)**
**CHARLES MARTIN and**     **)**
**JESSICA BUDD**               **)**


**JOINT STATUS REPORT**

The United States, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Seth P. Berman, and the defendants, by and through their attorneys James J. Coviello and John F. Palmer, jointly file this status report in anticipation of the August 4, 2005 status conference scheduled in this case pursuant to the July 18, 2005 order of this Court.

1.      The parties propose that the Court tentatively schedule a Rule 11 date in this case for October 6, 2005 or October 7, 2005.  If the case is not resolved by a change of plea, the parties request a trial date in November or December 2005.

2.      There are no pending or contemplated motions in this case.

3.      The parties expect that this case may well be resolved through a change of plea, but no final decision has yet been made.

4.      Neither defendant in this matter needs an interpreter.

5.      Both defendants in this matter are currently on release.

6.      No defendant in this matter is a fugitive.

7.      There are no other matters that should be addressed at the conference.

Respectfully Submitted,

CHARLES MARTIN                                      JESSICA BUDD
By His Attorney                                          By Her Attorney


/s/ James J. Coviello (by SPB)                    /s/ John F. Palmer (by SPB)
JAMES J. COVIELLO                                JOHN F. PALMER
(617) 242-6832                                        (617) 723-7010

MICHAEL J. SULLIVAN
United States Attorney
By:

/s/ Seth P. Berman (by SPB)
SETH P. BERMAN
Assistant U.S. Attorney
(617) 748-3385

August 3, 2005