```
             UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA

    v.                                           CRIMINAL NO.
                                                05-10024-DPW

CHARLES MARTIN
JESSICA BUDD

**ORDER AND NOTICE OF SCHEDULING TIME OF RULE 11 HEARING**
WOODLOCK, District Judge

Take notice that the above-entitled case has been scheduled for a Rule 11 hearing at **2:30 P.M. ON OCTOBER 7, 2005**, in Courtroom #1 on the 3RD floor, before the Honorable Douglas P. Woodlock.

The parties are advised that the Court will not accept a plea agreement which requires the defendant to waive his/her appeal rights.  The Court deems it the responsibility of the United States Attorney to advise the defendant whether there is a statutory requirement that the defendant be placed into custody of the United States Marshal immediately following the Court's entry of a guilty plea. It is ORDERED that **a copy of the written plea agreement, together with notice whether detention may follow acceptance of the plea,** shall be submitted to the Court **by no later than 12:00 Noon the day before the scheduled Rule 11 hearing**.

                                                            BY THE COURT,
                                                            /s/ Michelle Rynne
DATE: August 4, 2005                                  Deputy Clerk