UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES    )          CRIMINAL NO. CR-05-10024 (DPW)
                 )
V.               )
                 )
CHARLES MARTIN   )


### ASSENTED TO MOTION TO CONTINUE RULE 11 HEARING

Now comes the Defendant in the above-referenced matter and respectfully requests that this court reschedule to a later date the Rule 11 hearing for both defendants currently scheduled for Friday, October 6, 2005.

In support thereof, counsel for Charles Martin asserts that more time is needed to determine the actual value of the alleged fraud in that the number of items alleged to be stolen and placed on EBay for sale, as well as the value of these items, have been difficult to determine.

Counsel further states that the currently scheduled Rule 11 hearing date of October 6, 2005 is the first time this matter has been scheduled for a change of plea. That date was scheduled after only one status conference before the Court. Additionally, neither Defendant is in custody at this time. Lastly, counsel for the United States and counsel for co-defendant Jessica Budd assent to this matter being continued.

Kindly reschedule both the defendant's hearings to Tuesday, November 15, 2005 at 3:30 p.m., a date and time convenient with counsel and the Court's calendar.

Respectfully submitted,
By the Attorney,

s/ James J. Coviello
James J. Coviello
303 Main Street
Charlestown, MA  02151
Tel: (617)242-6832
Fax: (617) 241-0911
BBO No. 550949

Assented to:
By the Attorney
for Jessica Budd
s/ John F. Palmer
John F. Palmer
24 School Street
Boston, MA  02108
Tel: 617-723-7010
Fax: 617-723-5601

Assented to:
Michael J. Sullivan
United States Attorney
 s/ Seth Berman
Assistant U.S. Attorney
1 Courthouse Way
Boston, MA  02210
Tel: 617-748-3100
Fax: 617-748-3974

Dated:_____

JJC:TC
Martin,C-MotContRule11