UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
UNITED STATES    )      CRIMINAL NO. CR-05-10024 (DPW)
                 )
V.               )
                 )
CHARLES MARTIN   )
```

**ASSENTED TO MOTION TO CONTINUE RULE 11 HEARING**

Now comes the Defendant in the above-referenced matter and respectfully requests that this court reschedule to a later date the Rule 11 hearing for both defendants currently scheduled for Tuesday, November 15, 2005.

In support thereof, counsel for Charles Martin asserts that the Defendants' family has recently experienced health issues:  For example the Defendant Jessica Budd, who is the wife of Charles Martin, was recently hospitalized for a time period with pneumonia.  Additionally, their young daughter has suffered from a bout of bronchitis.  Moreover, in the past few weeks, the family has moved to a new residence.  Consequently, more time is needed to prepare this matter for a change of plea particularly given the voluminous discovery in this matter.

Lastly, neither Defendant is in custody and counsel for the United States and Defendant Jessica Budd assent to this matter being rescheduled in the next thirty (30) to forty-five (45) days.

                                                Respectfully submitted,
                                                By the Attorney,

                                                s/ James J. Coviello
                                                James J. Coviello
                                                303 Main Street
                                                Charlestown, MA  02151
                                                Tel: (617)242-6832
                                                Fax: (617) 241-0911
                                                BBO No. 550949

| Assented to: | Assented to: |
|---|---|
| By the Attorney | Michael J. Sullivan |
| for Jessica Budd | United States Attorney |
| s/ John F. Palmer | s/ Seth Berman |
| John F. Palmer | Assistant U.S. Attorney |
| 24 School Street | 1 Courthouse Way |
| Boston, MA  02108 | Boston, MA  02210 |
| Tel: 617-723-7010 | Tel: 617-748-3100 |
| Fax: 617-723-5601 | Fax: 617-748-3974 |

Dated:_____

JJC:TC
Martin,C-MotContRule11 2