UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 05-10024-DPW

UNITED STATES

V.

CHARLES MARTIN

**ORDER ON DETENTION**

ALEXANDER, M.J.

On February 16, 2006, the defendant, Charles Martin, appeared before this Court pursuant to an arrest warrant for violations of conditions of release. At the hearing, Mr. Martin was represented by Attorney James J. Coviello and the government was represented by Assistant United States Attorney Seth P. Berman. Mr. Martin has been charged, in an indictment issued on February 3, 2005, with violations of 18 U.S.C. §§ 1343 (wire fraud), 1341 (mail fraud) and 2 (aiding and abetting, and is currently scheduled to go to trial on May 8, 2006.

On February 16, 2005, Mr. Martin was released, pending trial, pursuant to certain conditions. He is now charged with violating some of the conditions, including incurring an arrest, in Danvers, Massachusetts, for larceny from a

building, receiving stolen property, and breaking and entering during the daytime. Mr. Martin has also, at times, failed to report to Pretrial Services as required, or has reported late, and reported two weeks late for a drug test in November 2005. Additionally, Mr. Martin's sister, who co-signed the bond for his initial release, contacted Mr. Martin's PTS officer on February 10, 2006, and told him that she believed that if Mr. Martin was released from the Massachusetts state court on the Danvers arrest, he would flea the area. Mr. Martin's sister also reported that she believes that Mr. Martin is using the drug oxycontin. Mr. Martin has been randomly drug tested ten times since his release last February and has always tested negative for illegal drug use.

    Based on the information provided, including the Danvers Police incident report, this Court finds that there is probable cause to believe that Mr. White has committed a crime while on release and that there is clear and convincing evidence that Mr. White has violated other conditions of his release. On the basis of this information, the Court finds that there is no condition or combination of conditions that will assure that Mr. White will not flee and will not pose a danger to the safety of any other person or the community. The Court therefore ORDERS that Mr. White's release be REVOKED and that he be DETAINED pursuant to 18 U.S.C. § 3148(b).

SO ORDERED.

| | |
|---|---|
|  2/22/06 | JOYCE LONDON ALEXANDER |
| Date | United States Magistrate Judge |