AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of __MASSACHUSETTS__

UNITED STATES OF AMERICA

V.

CHARLES MARTIN

**WARRANT FOR ARREST**

Case Number: 05-CR-10024-DPW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __CHARLES MARTIN__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☒ Violation Notice

charging him or her with   (brief description of offense)

Violation of mandatory conditions of release: Defendant shall not commit another federal, State or local crime

in violation of Title __18__ United States Code, Section(s) __3145__

| JOYCE LONDON ALEXANDER | /s/ Joyce London Alexander | |
|---|---|---|
| Name of Issuing Officer | Signature of Issuing Officer | |
| UNITED STATES MAGISTRATE JUDGE | 2/9/2006 | U.S.D.C. Boston, Massachusetts |
| Title of Issuing Officer | Date | Location |

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at
WARRANT EXECUTED
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON  2/15/2006

USMS  2/15/06

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |