UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2006 MAY 16 P 1:38

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| V. | ) | CRIMINAL NO. CR05-10024 (DPW) |
| | ) | |
| CHARLES MARTIN | ) | |

---

### ASSENTED TO MOTION TO CONTINUE SENTENCING HEARING

---

Now comes the defendant Charles Martin, and respectfully requests that this court reschedule the sentencing hearing currently scheduled for May 30, 2006 at 2:30 p.m.

In support thereof, counsel states that he expects to be on trial on or about that date and furthermore that counsel is moving his office from one location to another at that time. Furthermore, AUSA Seth Berman does not object to this request. The parties are not requesting that the Jessica Budd sentencing hearing, scheduled for May 30, 2006 at 2:30 p.m. be rescheduled.

| | |
|---|---|
| Assented to, | Respectfully submitted |
| By AUSA Seth Berman | By the Attorney, |
| *[signature]* | *[signature]* |
| AUSA Seth Berman | James J. Coviello |
| U.S. Attorney's Office | 303 Main Street |
| US District Court | Charlestown, MA  02151 |
| 1 Courthouse Way | Tel: (617)242-6832 |
| Boston, MA  02210 | Fax: (617) 241-0911 |
| | BBO No.550949 |
| Dated: 5/16/06 | Dated: 5/16/06 |

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2006 MAY 16 PM 4:38

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES    )    CRIMINAL NO. CR05-10024 (DPW)
              )
V.                )
              )
CHARLES MARTIN    )

## CERTIFICATE OF SERVICE

    I, James J. Coviello, Esquire hereby certify that on

this date, I have served to AUSA Seth Berman, John Palmer,

Esq., and Probation Officer Tricia Marcy the following with

regard to U.S.A. v. Charles Martin, Criminal No. 05-10024

(DPW):


    1. Assented to Motion to Continue Sentencing Hearing.


( )  First Class Mail, Postage Prepaid

(✓)  In-Hand Delivery

( )  Facsimile


                          _____
                           James J. Coviello
                           303 Main Street
                           Charlestown, MA  02129
                           Tel: (617) 242-6832
                           Fax: (617) 2410911
                           BBO No. 550949

Dated:  5/16/06

JJC:kmm
Crim,Martin,Chas-Cert Service05-06