Prob12C
DMA (3/2005)

# United States District Court
## for the District of Massachusetts
### Petition and Affidavit for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Charles Martin                          **Case Number:** 05 CR 10024

**Name of Sentencing Judicial Officer:** Douglas P. Woodlock, U.S. District Judge

**Date of Original Sentence:** 7/10/06

**Original Offense:** Wire Fraud, Mail Fraud, Aiding and Abetting, in violation of 18 U.S.C. § 1343, 1341 and 2, respectively.

**Original Sentence:** 1 year & 1 day imprisonment followed by 36 months supervised release

**Type of Supervision:** Supervised Relesae         **Date Supervision Commenced:** 11/2/06

**Asst. U.S. Attorney:** Seth P. Berman              **Defense Attorney:** James J. Coviello

---

## PETITIONING THE COURT

[ ]   To issue a warrant
[X]   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

**Violation Number**   **Nature of Noncompliance**

I        **Violation of Special Condition:** The defendant shall serve the first six (6) months of supervised release at an inpatient drug treatment facility. The defendant shall be required to contribute to the costs of services for such treatment based on the ability to pay or availability of third party payment.

On 12/6/06, Charles Martin was placed in Ryan House in Lynn, MA, to begin participation in the residential treatment program. On 3/7/07, Martin returned home from work, gathered his belongings and left the program without authorization from program staff or the U.S. Probation Officer. When confronted in a telephone conversation with his unauthorized departure, Martin claimed that staff advised him that he had completed the program and that he was able to leave, when in fact, staff attempted to convince Martin to remain in the program.

**U.S. Probation Officer Recommendation:**

The term of supervision should be:
  [X]   Revoked
  [ ]   Extended for year(s), for a total term of years.

[ ]   The conditions of supervision should be modified as follows:

Charles Martin
Prob 12C

- 2 -

**Petition and Affidavit for Warrant or Summons
for Offender Under Supervision**

I declare under penalty of perjury that the foregoing is true and correct.

Reviewed/Approved by:

_____
Joseph F. LaFratta
Supervising U.S. Probation Officer

Respectfully submitted,

By   _____
Paul C. Prevey
Senior U.S. Probation Officer
Date: 3/21/07

**THE COURT ORDERS**
[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

_____
Signature of Judicial Officer

March 23, 2007
Date