AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>CHARLES MARTIN<br>14 CHASE STREET<br>LYNN, MA 01902<br><br>(Name and Address of Defendant) | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number:  05-10024-01-DPW |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>JOHN J. MOAKLEY UNITED STATES DISTRICT COURT<br>ONE COURTHOUSE WAY<br>BOSTON, MA | Room<br>COURTROOM 1, 3ʳᴰ FLOOR |
|---|---|
| Before:    HONORABLE DOUGLAS P. WOODLOCK, D.J. | Date and Time<br>**APRIL 4, 2007 AT 10:00 A.M.** |

To answer a(n)

☐ Indictment    ☐ Information    ☐ Complaint    ☐ Violation Notice    X  Probation Violation Petition

Charging you with a violation of Title ____18____ United States Code, Section(s) ____3583____

Brief description of offense:

VIOLATION OF CONDITION OF SUPERVISED RELEASE: defendant failed to serve the first six (6) months of supervised release at in inpatient drug treatment facility.

/s/ Michelle Rynne                                  March 26, 2007
Signature of Issuing Officer                        Date

Michelle Rynne, Deputy Clerk
Name and Title of Issuing Officer

AO83 (Rev. 12/85) Summons in a Criminal Case

| **RETURN OF SERVICE** |
|---|
| Date<br>Service was made by me |
| Check one box below to indicate appropriate method of service |
| ☐ Served personally upon the defendant at: <br><br>☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: <br><br>☐ Returned unexecuted: |

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.


Returned  _____                    _____
          Date                                       Name of United States Marshal

                                                    _____
                                                    (by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.